IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RUSSELL POSEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-1156

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Bernard F. Daley of The Daley Law Office, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.